

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00441-CR

Anthony **McVEA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5436
Honorable Ray Olivarri, Judge Presiding

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Delivered and Filed: July 31, 2019

DISMISSED FOR WANT OF JURISDICTION

On June 28, 2019, Appellant Anthony McVea filed a pro se notice of appeal. The notice of appeal does not indicate the date on which the trial court rendered a final judgment.

The clerk's record shows Appellant has been indicted, but it does not include a final order or judgment or give any indication that a hearing on a dispositive motion or a trial was held. The clerk's record does not contain an appealable judgment or order. *See* TEX. CODE CRIM. PROC. ANN. art. 44.02 (authorizing a defendant in a criminal action to appeal); *Abbott v. State*, 271

S.W.3d 694, 697 (Tex. Crim. App. 2008) (reiterating that the right to appeal under article 44.02 is limited to appeal from a final judgment).

On July 8, 2019, we ordered Appellant to show cause in writing by July 23, 2019, why this appeal should not be dismissed for want of jurisdiction. We cautioned Appellant that if he failed to show cause in writing as ordered, this appeal would be dismissed for want of jurisdiction. *See Abbott*, 271 S.W.3d at 697 n.8.

The clerk's record does not contain an appealable judgment or order, and Appellant did not file any response to show how this court has jurisdiction in this appeal. Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

DO NOT PUBLISH